ACCEPTED
03-14-00066-CV
5895779
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/1/2015 10:58:40 AM
JEFFREY D. KYLE
CLERK

**In the Court of Appeals**
**For the Third Judicial District**
**Sitting at Austin, Texas**

# No. 03-14-00066-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/1/2015 10:58:40 AM

JEFFREY D. KYLE
Clerk

**Jacob Robert Allen and Karra Trichele Allen**
Appellants

**v.**

**Rickie Lee Allen**
Appellee

Appealed from the County Court of Burnet County, Texas

# Motion for Leave to File
# Appellee's Supplemental Brief and Updated Appendix

Jordan A. Mayfield
State Bar No. 24037051
Jeffrey A. Armstrong
State Bar No. 24038747
Robert Little
State Bar No. 24050940
little@namanhowell.com
**Naman, Howell, Smith & Lee, PLLC**
400 Austin Ave., Ste. 800
Waco, Texas 76701
254-755-4100
254-754-6331 (fax)

**Attorneys for Appellee**

{03452057.DOC / }

# No. 03-14-00066-CV

## Jacob Robert Allen and Karra Trichele Allen
Appellants

v.

## Rickie Lee Allen
Appellee

## Motion for Leave to File Appellee's Supplemental Brief and Updated Appendix

To the Honorable Court of Appeals:

Comes now Rickie Lee Allen, Appellee in this case, and files this Motion for Leave to File Supplemental Brief and/or Updated Appendix, and would show unto the Court as follows:

This matter has been before the Court and ready for disposition since June 18, 2014. In Appellee's Brief, Appellee stated "On July 1, 2013, Karra Allen shot her husband, Brian Allen, and killed him." While on appeal, Karra Trichele Allen was tried and convicted of murdering her husband, Brian Dean Allen. Appellee requests the Court of Appeals to file the attached updated Appendix to Appellee's Brief, which includes the Judgment of Conviction by a Jury.

## Prayer

Rickie Lee Allen, Appellee, respectfully requests that the Court grant this Motion, allow the filing of the supplemental and/or updated Appendix, and for such other relief all such other and further relief to which it is entitled.

Respectfully submitted,

Jordan A. Mayfield
State Bar No. 24037051
mayfield@namanhowell.com
Jeffrey A. Armstrong
State Bar No. 24038747
armstrong@namanhowell.com
Robert Little
State Bar No. 24050940
little@namanhowell.com
**Naman, Howell, Smith & Lee, PLLC**
400 Austin Ave., Ste. 800
Waco, Texas 76701
254-755-4100
254-754-6331 (fax)

**Attorneys for Appellee**

## Certificate of Conference

I hereby certify that I have attempted to confer with appellate counsel for Jacob Allen and Karra Trichele Allen – Angela Dowdle and Eddie Shell, and have had no response from the correspondence emailed and faxed to them. I have made reasonable attempts to confer with the other parties to determine their position on the substance of this Motion. I am not able to make a representation to the Court that this Motion is either opposed or unopposed due to their lack of response.

_____
Jordan A. Mayfield

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, postage pre-paid, and mailing the document by first class mail (and by other means stated below) on July 1, 2015.

Eddie G. Shell
Shell & Shell
6000 Highway 281 North
Marble Falls, Texas 78654
*Via U. S. First Class Mail & Facsimile 830.798.0328*

Angela M. Dowdle
Angela M. Dowdle, PC
211 E. Jackson
Burnet, Texas 78611
*Via U.S. First Class Mail & Facsimile 512.756.9110*

_____
Jordan A. Mayfield

1

**In the Court of Appeals**
**For the Third Judicial District**
**Sitting at Austin, Texas**

# No. 03-14-00066-CV

**Jacob Robert Allen and Karra Trichele Allen**
Appellants

**v.**

**Rickie Lee Allen**
Appellee

Appealed from the County Court of Burnet County, Texas

# UPDATED APPENDIX

**Order Granting Rickie Lee Allen's**
**Traditional Motion for Summary Judgment**                    **A**

**Holographic Will**                                           **B**

**Indictment**                                                 **C**

**Judgment of Conviction by a Jury**                           **D**

# Appendix A

NO. P9661

| IN THE ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| BRIAN ALLEN, | § | OF |
| | § | |
| DECEASED | § | BURNET COUNTY, TEXAS |

---

### ORDER GRANTING RICKIE LEE ALLEN'S
### TRADITIONAL MOTION FOR SUMMARY JUDGMENT

---

Came on to be heard this 18th day of November, 2013, Rickie Lee Allen's Traditional Motion for Summary Judgment, and after considering such Motion and the arguments of counsel, the Court is of the opinion the Motion should be granted in its entirety.

It is, therefore, ORDERED that Rickie Lee Allen's Motion for Summary Judgment is hereby granted with costs of court *incurred by Jacob Robert Allen* to be taxed against Jacob Robert Allen.

SIGNED this 18th day of November, 2013.

_____
JUDGE PRESIDING

Approved as to Form:

_____
Angela M. Dowdle

_____
Jeffrey Armstrong

FILED THIS 18th DAY OF Nov A.D. 20 13

Janet Parker
COUNTY CLERK BURNET COUNTY, TEXAS
BY_____ DEPUTY

# Appendix B

Holographic Will
Brian Dean Allen *4238
Karra Trichele Allen *5220

June 3, 2012

In case of unexpected death, we, Brian
Dean Allen and Karra Trichele Allen
leave our estate & assets to be divided
50/50 between our children, Jacob Robert
Allen and Hunter Cain Allen. If one
sibling should survive and the other
does not, the full 100% of our estate &
assets will go to the surviving son.
If all four of us were to be killed or
decease at the same time, we would like
to designate Krista Chantaye Patton &
Kevin Lee Allen as executives of our
last will & testimony w/50/50 agreeance of
distribution of assets amongst family
members, as they see fit.

x ___Karra Trichele Allen___ / 6/3/2012
WIFE

x ___Brian Allen_____
HUSBAND

x ___Mary Lou Aplato_____
WITNESS

# Appendix C

NO: 42765 THE STATE OF TEXAS    VS.    KARRA TRICHELE ALLEN

INDICTMENT:          MURDER
PENAL CODE:          19.02(b)(1)
DEGREE OF FELONY:    FIRST DEGREE FELONY
OFFENSE CODE:        09990019
BOND:                $400,000.00

CONTROL # DA-13-00744    TRN#9192623972  A001

IN THE 424th JUDICIAL DISTRICT COURT OF BURNET COUNTY, TEXAS

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Burnet, State of Texas, duly organized, impaneled and sworn as such at the January term, A.D. 2014, of the 424th Judicial District Court for said County, upon their oaths present in and to said court at said term that, KARRA TRICHELE ALLEN, hereinafter referred to as Defendant, on or about the 1st day of July, 2013, and before the presentment of this indictment, in the County of Burnet, and the State of Texas, did then and there intentionally or knowingly cause the death of an individual, namely, Brian Allen, by shooting him with a firearm.

AGAINST THE PEACE AND DIGNITY OF THE STATE

_____
FOREPERSON OF THE GRAND JURY



CASIE WALKER DISTRICT CLERK
FILED
MAY - 6 2014
3:52 AM/PM
BURNET COUNTY, TEXAS

Page 1 of 1

# Appendix D



CASE NO. 42765    COUNT ONE
INCIDENT NO./TRN: 9192623972

| THE STATE OF TEXAS | § | IN THE 33RD DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| | § | |
| KARRA TRICHELE ALLEN | § | BURNET COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX05058281 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. **J. ALLAN GARRETT** | Date Judgment Entered: | **6/2/2015** |
| Attorney for State: | **WILEY MCAFEE/ PETER KEIM** | Attorney for Defendant: | **EDDIE SHELL** |

Offense for which Defendant Convicted:
**MURDER**

| Charging Instrument: **INDICTMENT** | Statute for Offense: **19.02(b)(1) Penal Code** |

Date of Offense:
**7/1/2013**

| Degree of Offense: **1ST DEGREE FELONY** | Plea to Offense: **NOT GUILTY** |
| Verdict of Jury: **GUILTY** | Findings on Deadly Weapon: **YES, A FIREARM** |
| Plea to 1st Enhancement Paragraph: **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: **N/A** |
| Findings on 1st Enhancement Paragraph: **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: **N/A** |

| Punished Assessed by: **JURY** | Date Sentence Imposed: **6/2/2015** | Date Sentence to Commence: **6/2/2015** |

| Punishment and Place of Confinement: | **LIFE INSTITUTIONAL DIVISION, TDCJ** |

### THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: $ **N/A** | Court Costs: $ **369.00** | Restitution: $ **N/A** | Restitution Payable to: ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | | |
| | From **7/2/2013** to **8/8/2013** | From   to | From   to |
| | From   to | From   to | From   to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS**    NOTES: N/A |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Llano** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and **ORDERED** it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election (select one)

☒ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the BURNET COUNTY COLLECTIONS OFFICE - 220 S. PIERCE - BURNET, TEXAS. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of _____ County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the _____ . Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the Office of the _____ County . Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court **ORDERS** Defendant's sentence **EXECUTED.**

☐ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED.** The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

**Signed and entered on June 2, 2015**

X _____

**J. ALLAN GARRETT**
JUDGE PRESIDING

Clerk:



Right Thumbprint

**THE STATE OF TEXAS**
**COUNTY OF BURNET**

I, Casie Walker, District Clerk of Burnet County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal on June 18, 2015

**Casie Walker**
**District Clerk**

judgment_of_conviction_by_jury        Page 2 of 2